CITY OF SYRACUSE et al., Appellants, v ONONDAGA COUNTY et al., Respondents. ATLANTIC STATES LEGAL FOUNDATION, INC., et al., Plaintiffs; 2.3 ACRES OF LAND IN THE CITY OF SYRACUSE, N.Y., Defendant and Third-Party Defendant.

Decided September 4, 2007

Pursuant to the August 13, 2007 order of the United States Court of Appeals for the Second Circuit withdrawing its certification of questions accepted by the Court of Appeals on October 24, 2006, certified questions marked withdrawn [*see* 7 NY3d 863].

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

---

AMARANTH LLC et al., Appellants, v NATIONAL AUSTRALIA BANK LIMITED et al., Respondents.

Submitted June 18, 2007; decided September 6, 2007

Reported below, 40 AD3d 279.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellants' motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

In the Matter of THE AMERICAN COMMITTEE FOR THE WEIZMANN INSTITUTE OF SCIENCE, Appellant, v JENNIFER DUNN, Individually and as Executor of DORIS WEINGARTEN, Deceased, et al., Respondents.

Submitted July 30, 2007; decided September 6, 2007

Reported below, 36 AD3d 419.

Motion by Andrew M. Cuomo, Attorney General of the State of New York, for an order permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect.